UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IBRAHIM ALLEYSIOUS KONTEH, | * * * | |
| Petitioner, | * * | |
| v. | * * | |
| PATRICIA HYDE, New England Field Office Director, U.S. Immigration and Customs Enforcement; MICHAEL KROL, HSI New England Special Agent in Charge; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; and KRISTI NOEM, U.S. Secretary of Homeland Security, | * * * * * * * * * * * | Civil Action No. 1:25-cv-13849-IT |
| Respondents. | ** | |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the parties' Stipulation of Dismissal without Prejudice [Doc. No. 12], this action is CLOSED.

IT IS SO ORDERED.

January 21, 2026                              /s/ Indira Talwani
                                                                              United States District Judge